# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

February 16, 2021

<u>Via ECF</u>
Hon. John G. Koeltl
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

        Re: Hennelly v. Saul
           20 Civ. 4786 (JGK)

Dear Judge Koeltl:

 I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed today. This is plaintiff's first request for an extension of time.

 Due to an inordinately busy work schedule coupled with the inherent difficulties of working remotely with my assistant, I am experiencing some slowdown in my productivity. With the consent of Ms. Baird, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| March 18, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| May 17, 2021 | Defendant's Cross-Motion |
| June 1, 2021 | Plaintiff's Reply Brief |
| June 15, 2021 | Defendant's Reply Brief |

 Thank you for you for Your Honor's attention to this matter.

                Respectfully submitted,

                <u>/s/ Christopher J. Bowes</u>
                Christopher J. Bowes
                Attorney for Plaintiff

cc: AUSA Susan D. Baird
   86 Chambers Street, 3rd Floor
   New York, New York 10007

---

The time for the plaintiff's motion adjourned until March 19, 2021. The defendant's cross motion due April 23, 2021. The plaintiff's reply due May 14. The defedant's reply due May 28, 2021.
SO ORDERED
         /s/ John G. Koeltl
February 17, 2021  John G. Koeltl
New York, NY    U.S.D.J.