# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

March 18, 2021

<u>Via ECF</u>
Hon. John G. Koeltl
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

| Application granted. |
| SO ORDERED |
|                   /s/ John G. Koeltl |
| March 19, 2021    John G. Koeltl |
| New York, NY        U.S.D.J. |

          Re:   <u>Hennelly v. Saul</u>
                 20 Civ. 4786 (JGK)

Dear Judge Koeltl:

      I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed tomorrow. This is plaintiff's second request for an extension of time.

      My aunt died last weekend and her funeral is tomorrow, in central New Jersey. I will need to take most of the day off and will be unable to finish Mr. Hennelly's papers tomorrow. With the consent of Ms. Baird, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| March 25, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| May 24, 2021 | Defendant's Cross-Motion |
| June 7, 2021 | Plaintiff's Reply Brief |
| June 28, 2021 | Defendant's Reply Brief |

      Thank you for you for Your Honor's attention to this matter.

                                                   Respectfully submitted,

                                                   <u>/s/ Christopher J. Bowes</u>
                                                   Christopher J. Bowes
                                                   Attorney for Plaintiff

cc:    AUSA Susan D. Baird
        86 Chambers Street, 3rd Floor
        New York, New York 10007