# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

March 26, 2021

<u>Via ECF</u>
Hon.  John G. Koeltl
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

| Application granted. | |
|---|---|
| SO ORDERED | |
| | /s/ John G. Koeltl |
| March 29, 2021 | John G. Koeltl |
| New York, NY | U.S.D.J. |

Re:    <u>Hennelly v. Saul</u>
20 Civ. 4786 (JGK)

Dear Judge Koeltl:

I am writing to request an extension of time, <u>nunc pro tunc</u>, to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof.   Plaintiff's papers were due to be filed yesterday.  This is plaintiff's third request for an extension of time.

Due to a computer malfunction yesterday, I lost several hours of work on Mr. Hennelly's papers. I have managed to restore a backup copy, but I still need additional time to recreate the lost work.  I apologize to the Court and oppposing counsel for these delays. With the kind consent of AUSA Susan Baird, I respectfully request that the Court approve the following revised briefing schedule:

March 26, 2021        Plaintiff's Motion for Judgment on the Pleadings
May 25, 2021          Defendant's Cross-Motion
June 21, 2021         Plaintiff's Reply Brief
July 12, 2021         Defendant's Reply Brief

Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

<u>/s/ Christopher J. Bowes</u>
Christopher J. Bowes
Attorney for Plaintiff

cc:    AUSA Susan D. Baird
86 Chambers Street, 3rd Floor
New York, New York 10007