UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSEPH HENNELLY,

                              Plaintiff,                    20 **CIVIL** 4786 (JGK)

                              -v-                             **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                              Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            May 27, 2021

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                      Clerk of Court
                                        **BY:**
                                                                      _____
                                                                       Deputy Clerk